IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 10-10729-TMW |
|---|---|
| MUNRO, NANCY ALINE | Chapter 7 |
| Debtors. | |

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000005 | First Bank<br>300 E. 3rd Street<br>Burkburnett, TX 76354 | $2.26 |

**TOTAL**      **$2.26**

DATED: June 6, 2011

    /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

| Claim 000005, Payment 2.26000% | ROBERT A. BROWN, TRUSTEE | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|---|
| First Bank | 123 WEST 7TH AVENUE, SUITE 102 | 32-1/1110 TX 0 | 3007 |
| 300 E 3rd Street | STILLWATER, OK 74074 | DATE | AMOUNT |
| Burkburnett, TX 76354 | | 06/06/11 | ************2.26 |

# 1876402

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-10729   TMW   Debtor: MUNRO, NANCY ALINE | |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Two Dollars And 26/100*

*[signature]*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈00 3007⑈  ⑆111000012⑆   ▮▮▮▮▮3271⑈

---

| Date: 06/06/11 | Check Number: 3007 | | Amount: | 2.26 |
|---|---|---|---|---|
| | Case Number: 10-10729   TMW | | | |
| | Debtor Name: MUNRO, NANCY ALINE | | | |
| | SSN: ▮▮▮-▮▮-3438 | | | |
| Paid To: | GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |
| Description: | Claim 000005, Payment 2.26000%   First Bank<br>300 E 3rd Street<br>Burkburnett, TX 76354 | | | |
| Bank Account Number: | ▮▮▮▮3271 | | | |